```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

PATRICIA A. HUNZEKER,          )
                               )
            Plaintiff,         )           4:06CV3236
                               )
      v.                       )
                               )
HARTFORD LIFE AND ACCIDENT     )              ORDER
INSURANCE CO.,                 )
                               )
            Defendant.         )
                               )
```

IT IS ORDERED:

Plaintiff's motion to proceed *in forma pauperis*, filing 3, is granted.

DATED this 6th day of October, 2006.

BY THE COURT:

*s/ David L. Piester*

David L. Piester
United States Magistrate Judge