```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

PATRICIA A. HUNZEKER,           )
                                )
          Plaintiff,            )         4:06CV3236
                                )
     v.                         )
                                )
HARTFORD LIFE AND ACCIDENT      )         ORDER
INSURANCE, CO.,                 )
                                )
          Defendant.            )
                                )

IT IS ORDERED:

Plaintiff's unopposed oral motion to continue is granted and the Rule 26 telephone planning conference is continued from today to January 31, 2007 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge