```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

PATRICIA A. HUNZEKER,         )
                              )
            Plaintiff,        )         4:06CV3236
                              )
      v.                      )
                              )
HARTFORD LIFE AND ACCIDENT    )         ORDER
INSURANCE CO.,                )
                              )
            Defendant.        )
                              )
```

IT IS ORDERED:

Defendant's unopposed oral motion to continue the Rule 26 telephone planning conference is granted and the conference is continued from today to February 1, 2007 at 11:00 a.m. The call shall be initiated by counsel.

DATED January 31, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge